DANIEL J. BRODERICK, Bar #89424
Federal Defender
ROBERT W. RAINWATER, Bar #67212
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant FREDERICK ASHLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> FREDERICK ASHLEY, <br><br> *Defendant*. | NO. 1:07-cr-0015 OWW <br><br> STIPULATION TO CONTINUE SENTENCING HEARING; AND ORDER THEREON <br><br> Date: September 3, 2007 <br> Time: 9:00 a.m. <br> Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the sentencing hearing currently set for July 2, 2007, be continued to **September 3, 2007 at 9:00 a.m.**

The continuance is at the request of defense counsel to provide additional time for further investigation, review and preparation of any relevant objections/replies to the Presentence Report prior to the sentencing hearing.

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(1)F), (h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

| | |
|---|---|
| DATED:   June 13, 2007 | MCGREGOR W. SCOTT<br>United States Attorney |
| | By /s/ Kevin P. Rooney<br>KEVIN P. ROONEY<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |
| DATED: June 13, 2007 | DANIEL J. BRODERICK<br>Federal Defender |
| | By /s/ Robert W. Rainwater<br>ROBERT W. RAINWATER<br>Assistant Federal Defender<br>Attorney for Defendant |

**ORDER**

**IT IS SO ORDERED.**  Time is excluded pursuant to 18 U.S.C. §§ 3161, subd. (h)(1)(F), (h)(8)(A) and (B).  For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

**Dated:   June 13, 2007**             /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE

Ashley - Stipulation and Proposed Order            2